RECEIVED
OCT 1 5 2012
DEBORAH S. HUNT, Clerk

October 9, 2012

To: Gerald L. Gulley, Jr., "Esq."

CC: Clerk of Court - United States Court of Appeals
    Pat Shannan - Editor, American Free Press
    Sharon Rondeau - Editor, The Post and Email

Re: UNITED STATES v. DARREN WESLEY HUFF
    Sixth Circuit Court of Appeals Docket No.: 12-5581

Mr. Gulley,

    I am in receipt of the few sporatic transcripts and docket sheet that you have sent thus far, as well as your letter which addressed none of my stated concerns. I am thus left to wonder whether you are under the influence of drugs or alcohol, or that you possibly received your degree from a remedial online school, or that you simply take me for a fool.

    You, sir, have made a mockery of the system that purports to provide me with effective assistance of counsel. You have done nothing more than to waste your precious stationary in responding to me. You have, to date, addressed none of my concerns, and have lied to me regarding the availability of the transcripts. I told you that the transcript of my initial appearance was available online, and the entire world has seen it: yet you can't seem to find them.

    In the Court's letter to you, dated July 16, 2012, administrative deputy Ken Loomis advised you that a Docket sheet was included: which means that it took you nearly three months to get it to me. What else are you sitting on, Mr. Gulley?

    I sent you a request through the BOP's Corrlinks system: you ignored it. I told you about the Government's witnesses who are now being investigated for fabricating evidence, jury tampering, and drug abuse: yet you remain silent. I also advised you of the training package that was produced and distributed months before my trial wherein I was named as a "Sovereign Citizen", and that judge Varlan, the Government, and others knew about it, and withheld it from the jury, thereby causing prejudice and demonstrating extreme bias in my case and trial: yet you refuse to acknowledge it.

    I also explained to you, since your remedial educators failed to, that the 2nd Amendment, in conjuction with my possession of a Conceal Carry Permit, places me entirely outside the scope of the federal government's assumed jurisdiction: yet you remain silent. I also told you that the federal government seized (stole) guns that were, and were not, related to this case, and continue to possess them, or have by now destroyed them, and I ordered you to locate them and retrieve them, or have payment remitted: yet you remain motionless.

    I also included a list of 4 simple questions to include asking you if you had reviewed the Motion for New Trial, and your response regarding the blatant violation of due process: yet you continue to reject any response.

    Shall I request, from the court, a drug/alcohol test for you, Mr. Gulley? Or possibly a psychiatric evaluation? Or maybe it would be more proper to file a RICO, with your name attached. I am finished with your lack of character, Mr. Gulley, and my patience has run out: do your job, or get out of the way.

(1)

I am now in need of your BAR number, as well as the Oath of Office for judges Varlan, Guyton, and Shirley, as well as that of Jeffrey Theodore and William Mackie, along with their BAR numbers. Please forward them to me within the next 20 days.

In Disgust,

Darren W. Huff

"I have sworn upon the altar of God eternal hostility against every form of tyranny over the mind of man." - Thomas Jefferson

COMMITTED NAME: Darren W. Huff
REG. NO. & QTRS.: 32789-074  E
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

SHREVEPORT LA 710
20 OCT 2012 PM 11

**RECEIVED**

OCT 15 2012

DEBORAH S. HUNT, Clerk

Office of the Clerk
UNITED STATES COURT OF APPEALS
100 E. Fifth St, room 540
Cincinnati, OH 45202-3988

45202$3988 C034

