RECEIVED

DEC 1 0 2012

DEBORAH S. HUNT, Clerk

BC

December 5, 2012

Darren W. Huff 32789-074
P.O. Box 7000
Texarkana, Tx. 75505-7000

Clerk of Court
United States Court of Appeals
100 E. Fifth St., Room 540
Cincinnati, Oh. 45202-3988

Re: USA v. DARREN WESLEY HUFF; Cause No.: 12-5581

Dear Clerk of Court,

    Out of respect for your overwhelming work load, I will skip all formalities beyond thanking you, in advance, for your time and consideration in this matter.

    As you may know, this case is in the process of setting precedent, and involves Constitutional issues for all Americans. As a result, I am appealing my conviction, and am now in need of your assistance.

    The attorney who was appointed to represent me through the appellate process has repeatedly failed to keep me informed of the developments of my appeal; and, as a result, I am left with no idea what has transpired thus far. I believe that this case warrants the full attention of those assigned or appointed, and I cannot accept anything less.

    I request the prompt removal of Mr. Gerald Gulley, Jr., and inform the court that I am in need of competent counsel, but do not wish to delay justice. To that end, I wish to proceed pro se until such time as the court appoints a competent, Constitutional counselor.

    I also request a docket sheet, as well as a briefing schedule. In addition, I would respectfully request a six month extension in order to prepare my appeal. To that end, I would request all documentation contained in the docket sheet of the district court in Tennessee.

Your prompt consideration is most appreciated.

Sincerely,

Darren W. Huff

COMMITTED NAME: DARREN W. HUFF
REG. NO. & QTRS.: 32789-074  K
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000



SHREVEPORT LA 713

07 DEC 2012 PM 4 T

**RECEIVED**

DEC 10 2012

**DEBORAH S. HUNT, Clerk**

Office of the Clerk
UNITED STATES COURT OF APPEALS
100 E. Fifth St, room 540
Cincinnati, OH 45202-3988