January 10, 2013

Darren W. Huff 32789-074
P.O. Box 7000
Texarkana, Tx. 75505-7000

Clerk of Court
United States Court of Appeals
100 E. Fifth Street., Room 540
Cincinnati, Oh. 45202-3988

Re: USA v. DARREN WESLEY HUFF; Cause No.: 12-5581

Dear Clerk of Court,

   Out of continued respect for your time and work load, I will again bypass the standard formalities, and proceed to the purpose of this correspondence.

   According to the Sixth Amendment to the United States Constitution, it is my **right** "to have the assistance of counsel" in criminal prosecutions. My understanding of the term "assistance" is one of subordination, not authority. The issues that I have had with Mr. Gulley stem from his apparent belief that he is, in fact, in control of my appeal, and thus, my life. I have no knowledge, and have given no authorization for any action taken by Mr. Gulley, yet he is requesting permission to file a brief that I have no knowledge of.

   As Mr. Gulley adequately pointed out to the court in his written response, I have written him on several occasions in search of information, which he repeatedly failed to address, in whole or part. To say that Mr. Gulley is wholly ineffective to my appeal would be to assume that he has attempted to be effective. All of the evidence, in the attached letters, demonstrates that he has done nothing on my behalf until it was demanded of him. Following are simply a few examples of Mr. Gulley's inadequacy as counsel, and why I am attempting to distance myself from him.

* Repeated attempts to establish enhanced communication, via the BOP's Corrlinks network were repeatedly ignored, thereby delaying any communications.

* Mr. Gulley stated, in his response, that I "demanded" that he obtain various transcripts. However, the "demands" only came after repeated "requests" were ignored or discounted on two occasions (see letter dated September 11, 2012).

* Mr. Gulley stated, in a letter dated September 17, 2012, that "transcripts....(**including transcripts of the initial appearances...**) have simply not been prepared and transmitted to me." However, the transcript of my initial appearance, as well as other hearings, **were** transmitted, and available from numerous sources well before trial, which was more than a year ago.

* Mr. Gulley, in a letter dated August 30, 2012, stated that "No briefing schedule will be established until all trial transcripts are completed and filed with the appropriate court." A briefing schedule has never been forwarded to me, yet Mr. Gulley now states, according to his own response, that the brief is due later this month. I have not seen, nor am aware of anything contained in Mr. Gulley's brief, and as such, I claim that it is unauthorized and void.

* Mr. Gulley stated in his response, that timelines for appeals are generally

extended for various reasons, including "unplanned events". Mr. Gulley then attempted to demonstrate that I am contradictory in stating that I do not wish to delay justice, while at the same time requesting a six month extension.

It is apparent that Mr. Gulley is simply seeking to belittle his own client, while justifying his own actions, or lack thereof. I request, once again, that the court recognize the breakdown of my relationship with Mr. Gulley, and allow me to proceed pro se until such time as the court appoints a constitutional counselor to assist me further.

Sincerely,

Darren W. Huff

RECEIVED
JAN 17 2013
DEBORAH S. HUNT, Clerk

**To:**

Gerald L. Gulley Jr., Esq.

**CC:**

CLERK OF THE COURT - UNITED STATES COURT OF APPEALS
Sharon Rondeau - Editor, The Post and Email

**Re:**

12-5581
USA v. Darren Huff
District Court No.: 10-00073

August 13, 2012

Dear sir,

    I am writing you out of concern for my case, as I have yet to hear any word from you regarding my appeal. In reviewing a letter sent to you by Administrative Deputy Ken Loomis, it appears as though deadlines for requests of transcripts may have already passed, which would have been August 30, 2012.
    I sincerely hope that you have already taken the liberty to order all transcripts relating to my case, as I will require them for review, and will need them in my possession as soon as possible. The transcripts that I require are those from my initial appearance, through trial and sentencing. I will assist you in this appeal in any way, as I am the primary witness in all of the events which led to my conviction. I cannot direct you to any meaningful defense without the evidence.
    I may also require a full discovery package as well, but the transcripts will suffice for now. Please see that those are directed to me in the fastest possible way.
    I look forward to your service.

Sincerely,

Darren W. Huff

# GULLEY OLDHAM, PLLC
### LAWYERS

706 Walnut Street, Suite 302
Knoxville, Tennessee 37902
Telephone: (865) 934-0753
Facsimile: (865) 934-0755
E-mail: gulleyoldham@yahoo.com

GERALD L. GULLEY, JR.
CHRISTOPHER J. OLDHAM

<u>Mailing Address:</u>
Post Office Box 158
Knoxville, Tennessee 37901

August 17, 2012

Mr. Darren Wesley Huff
USM No.: 32789-074
**FEDERAL CORRECTIONAL INSTITUTION – TEXARKANA**
Post Office Box 7000
Texarkana, Texas 75505

    RE: **United States v. Darren Wesley Huff**
           Sixth Circuit Court of Appeals Docket No.: 12-5581

Dear Mr. Huff:

    I am in receipt of your letter dated August 13, 2012. In regard to your inquiry regarding whether I have requested transcripts in your case, I have requested transcripts of the trial and sentencing, as well as transcripts of all Motion hearings (except for the transcript of the suppression hearing, which had already been transcribed and filed with the district court). I requested these transcripts after speaking with your prior counsel and reviewing both the docket sheet and the Motion for New Trial filed in your case: because the issues that may be raised on appeal are those issues raised in the Motion for New Trial as well as Motions raised pretrial (such as the Motions for suppression and dismissal), those documents governed the transcripts that I ordered.

    I do not know what you mean by your statements in your letter regarding a "meaningful defense" or that you will "require a full discovery package." The proceedings before the United States Court of Appeals for the Sixth Circuit do not involve additional discovery or the taking of evidence before a finder of fact; rather, the appellate court functions as a court of error correction, reviewing the claims and proof presented in the trial court. Consequently, the transcripts that I have ordered, and the issues that may be raised upon appeal, are directed toward that function of the appellate court.

    I will provide you with copies of transcripts I have requested, to the extent that I am able to send them to you; I suspect that some of them, such as the trial, may be quite voluminous.

    Do not hesitate to contact me should you have questions or comments in regards to these matters.

                                                Sincerely,

                                                GULLEY OLDHAM, PLLC

                                                GERALD L. GULLEY, JR.

GLGjr/joh

August 22, 2012

**To:** Gerald L. Gulley Jr., Esq

**From:** Darren W. Huff

**Re:** USA v. DARREN WESLEY HUFF

Docket No: 12-5581, 6th Circuit

Mr. Gulley,

Thank you for your prompt response to my letter regarding my case. It is evidence to me that you are, and will continue, giving my appeal your full attention. I also want to thank you for calling attention to the apparent errors in verbage that was used in my prior letter regarding the "meaningful defense", and "full discovery package".

My intent is simply to be able to guide you in this endeavor, and to be able to point out discrepancies, perjuries, and other fallacies within the government's case. Please understand, I am well aware of the fact that I am not an attorney, and will likely use the wrong terminology again, although it will not be my intent: which is evidence of my need for services of someone in your position.

With that being said, your letter was the first I had heard that a Motion for New Trial had been filed. I will require a copy of that as well.

Let me clear on one thing, if I may: I do not intend to sit in ignorance of my appeal, and I am asking you up front to keep me informed of your actions as they occur. As you already know, this is a unique case, at least for the 6th district, and many Americans have their eye on it. I will set you up on the Corrlinks system to allow you to more efficiently communicate with me through this process. I still prefer that all actions taken by you on my behalf are sent to me in paper form, so that I may keep track of my own case.

Additionally, I am not concerned with the volume of the trial transcript, nor of the others, and look forward to their prompt arrival. I assume, by your letter, that the transcripts that I will receive will be of all hearings, including my initial appearance. Please ensure that I receive the entire package of transcripts.

Sir, thank you for taking this case, and I look forward to hearing from you soon.

Sincerely,

Darren W. Huff

# GULLEY OLDHAM, PLLC
## LAWYERS

706 Walnut Street, Suite 302
Knoxville, Tennessee 37902
Telephone: (865) 934-0753
Facsimile: (865) 934-0755
E-mail: gulleyoldham@yahoo.com

GERALD L. GULLEY, JR.
CHRISTOPHER J. OLDHAM

Mailing Address:
Post Office Box 158
Knoxville, Tennessee 37901

August 30, 2012

Mr. Darren Wesley Huff
USM No.: 32789-074
**FEDERAL CORRECTIONAL INSTITUTION – TEXARKANA**
Post Office Box 7000
Texarkana, Texas 75505

RE: **United States v. Darren Wesley Huff**
Sixth Circuit Court of Appeals Docket No.: 12-5581

Dear Mr. Huff:

I am in receipt of your letter dated August 22, 2012. As you have requested, I am enclosing a copy of the Motion for New Trial or for Judgment of Acquittal filed by your trial attorney after the jury verdict against you. You may note the grounds that Attorney Green raised in the Motion for New Trial, which, in addition to the pre-trial motions, will serve as the basis for issues that can be raised on appeal. Additionally, I have not yet received any of the transcripts that I have ordered, although a transcript of the motion hearing dated September 22, 2010 is already in the record, and I have enclosed a copy for you.

You reference the necessity of a transcript of the initial appearance; as I am uncertain about any potential issues that could be raised regarding your initial appearance, I am reluctant to order a transcript of those proceedings unless error in the initial appearance had been raised by your prior trial counsel. If it was not, then the general rule is that any potential error is waived unless it is raised before the trial court, because the appellate court is a court of "error correction," and any error not brought to the trial court's attention will be deemed as waived. So to the extent that you believe there is error that occurred at the initial appearance and that this error was brought to the trial court's attention, please advise me of same. Although there is a limited exception for issues involved containing "error" that may be raised with an appellate court for the first time, I would need to know what the alleged error at the initial appearance is before I can consider whether there would be a legitimate basis for raising that matter with the appellate court, which in turn would determine whether I have that proceeding transcribed.

No briefing schedule will be established until all trial transcripts are completed and filed with the appropriate court. Once I receive a briefing schedule, I will let you know.

Sincerely,

GULLEY OLDHAM, PLLC

GERALD L. GULLEY, JR.

GLGjr/joh
Enclosures

September 11, 2012

**To:** Gerald L. Gulley, Jr., Esq.

**Re:** USA v DARREN WESLEY HUFF
Sixth Circuit Court of Appeals Docket No.: 12-5581

Greetings,

    Thank you for your response dated August 30, 2012. I appreciate the receipt of the transcript for the motion hearing, as well as a copy of the Motion for New Trial or for Judgment of Aquittal.

    I will be as frank as possible with you, as is my trademark: Sir, I do not work for you. I have requested materials from you, on two occasions, because I am sitting in a federal prison as a political prisoner, while you sit in comfort, and continue to question me about why I am directing you in a few areas.

    Since you have apparently not taken the time to review anything about this case, then you are unaware of the numerous violations that have occurred against my Constitutional rights, including due process. Had you taken the time to review the transcript of my initial appearance, then you would have seen that I was arrested and held for three days without seeing a judge, or knowing what my charges were. Furthermore, I was then ordered to report to a probation officer to obtain an electronic monitoring device, and that I had to also incur the cost of home telephone service, nearly a full month before I was even indicted.

    Judge Shirley himself identified the issues, but nevertheless allowed these violations, and ordered their continuation; and they've continued ever since.

    I have no desire to continue to utilize a counselor who, instead of aggressively pursuing my appeal, would rather sit in contentment to collect a check from the Government. If your intention is to delay my appeal by your continued appearance of ignorance, then it would be in your best interest to remove yourself immediately from this case. If you simply intend to sit and wait for me, or someone else, to point out the various errors to you, then your incompetence is reflective enough to ensure your prompt removal for ineffective assistance of counsel.

    I have made two requests for all of the transcripts, and the transcripts remain at large. You have 20 days from the date of this letter to get them into my possession, or you can get off of this case.

Act accordingly,

Darren W. Huff

# GULLEY OLDHAM, PLLC
### LAWYERS

706 Walnut Street, Suite 302
Knoxville, Tennessee 37902
Telephone: (865) 934-0753
Facsimile: (865) 934-0755
E-mail: gulleyoldham@yahoo.com

GERALD L. GULLEY, JR.
CHRISTOPHER J. OLDHAM

Mailing Address:
Post Office Box 158
Knoxville, Tennessee 37901

September 17, 2012

Mr. Darren Wesley Huff
USM No.: 32789-074
**FEDERAL CORRECTIONAL INSTITUTION – TEXARKANA**
Post Office Box 7000
Texarkana, Texas 75505

RE: <u>United States v. Darren Wesley Huff</u>
Sixth Circuit Court of Appeals Docket No.: 12-5581

Dear Mr. Huff:

I am in receipt of your letter dated September 11, 2012. While I appreciate that you may be impatient for the appeal to move forward, there are some fundamental roadblocks in preparing and filing the appellate Brief on your behalf at this point. The most significant of these is that the transcripts for the trial, sentencing, and other proceedings (including transcripts of the initial appearances as they are identified on the docket sheet) have simply not yet been prepared and transmitted to me. Thus, notwithstanding the comments in your letter that you have "requested materials...on two occasions" and that I have "apparently not taken any time to review anything about this case," the fact of the matter is that at this point, until I am provided with the transcripts of the trial, sentencing, and other court hearings by the respective court reporters, there is simply nothing for me to review; and, because I do not have copies of the transcripts, there is nothing for me to send to you.

So to reiterate: once I receive the transcripts that I have requested, I will send copies to you in a expeditious manner. Until such time, there is nothing for me to do in that particular regard.

Furthermore, until all of the transcripts are prepared and filed with the trial court as part of the record on appeal, the Sixth Circuit Court of Appeals will not set a briefing schedule in your case. This is, again, a function of the fact that until the transcripts are provided to the trial court (which will in turn send them to the appellate court), there is nothing from which an appellate court could make a judgment in regards to errors raised on appeal; nor is there the record necessary for me to prepare an appellate Brief on your behalf. While I understand that you are impatient for matters to proceed, patience is required at this point because there is nothing that I can do to have the transcripts prepared on any sort of expedited basis; the court reporters do not work in that fashion.

Thank you for your consideration of these matters. Once I receive the transcripts requested, I will send copies to you.

Sincerely,

**GULLEY OLDHAM, PLLC**

GERALD L. GULLEY, JR.

GLGjr/joh
Enclosures

September 23, 2012

To: Gerald L. Gulley, Jr., Esq.

Re: <u>United States v. Darren Wesley Huff</u>
Sixth Circuit Court of Appeals Docket No.: 12-5581

Mr. Gulley,

While I appreciate your prompt response to my letters, I remain baffled at your lack of action on my behalf. I have sent you email requests through Corrlinks so that we may be able to communicate more efficiently, yet you continue to ignore them. I have since given up on any meaningful representation by you, as you have demonstrated consistently that you have no intentions of doing anything beyond collecting a free paycheck, and I sincerely wish that you would "shit or get off the pot": I'm tired of waiting on you, and being fed your excuses.

Since you refuse to do either, then I will assume that I am stuck with you and your apathy. As a result, I will expect nothing from you beyond what I specifically tell you to do; and even then it will be a gamble. So let's try this, Mr. Gulley: you get me the docket sheet which will show me all of the documents that have been filed and ruled upon in my case, and then I will walk you through this process, okay?

I am not requesting that you get me a copy of my initial appearance which occurred on May 3, 2010: I am **telling** you to get me a copy. It is available online through several sources, including ScribD.com.

You stated that there is nothing for you to review, yet the newspapers and court records are chock full of information for you to compile. As an example, did you know that there is an entire expose' on the corruption in the 10th Judicial District in Tennessee? These happen to be the same ones that were the cause of my arrival in Tennessee, due to the Government's lack of action of behalf of retired Lt. Cmdr. Walter F. Fitzpatrick III, and just so happen to have been used as witnesses by the Government in my case.

Did you know that I am the subject of an entire training package, produced and distributed by the DOJ, and named as a "Sovereign Citizen", and implied to be dangerous, therefore endangering my life in any future contact with law enforcement? And did you know, Mr. Gulley, that this package was in "wide distribution" months **before** my trial, and therefore prejudicial to my case, but withheld from the jury? Did you also know that judge Varlan was made aware of it, and its contents prior to my sentencing, yet he ignored it and sentenced me to damn near the statutory maximum anyway?

Are you also aware that not only does the 2nd Amendment of the U.S. Constitution guarantee my **right** (not priviledge) to keep and bear arms, and that I also subjected myself to, and obtained, a Conceal Carry Permit that I still possess, and is recognized by the State of Tennessee, and therefore was outside of the jurisdiction of the federal Government to enact, or enforce any law against me? Did you know that, Mr. Gulley? And did you know that the federal government's jack-booted nazi thugs took my guns anyway, and continue to have them to this very day without any authority?

So, you can also locate my guns, and have them returned to me, via my mother; or you can find out who they are willing to make the check out to.

(1)

# GULLEY OLDHAM, PLLC
## LAWYERS

706 Walnut Street, Suite 302
Knoxville, Tennessee 37902
Telephone: (865) 934-0753
Facsimile: (865) 934-0755
E-mail: gulleyoldham@yahoo.com

GERALD L. GULLEY, JR.
CHRISTOPHER J. OLDHAM

Mailing Address:
Post Office Box 158
Knoxville, Tennessee 37901

October 3, 2012

Mr. Darren Wesley Huff
USM No.: 32789-074
FEDERAL CORRECTIONAL INSTITUTION – TEXARKANA
Post Office Box 7000
Texarkana, Texas 75505

RE: **United States v. Darren Wesley Huff**
Sixth Circuit Court of Appeals Docket No.: 12-5581

Dear Mr. Huff:

I am in receipt of your letter dated September 23, 2012. As you may have noted, I have been sending you copies of transcripts of your trial and other proceedings as we have been receiving them from the court reporter(s). I will continue to send you the transcripts as I receive them; I do not have a completion date, "alleged" or otherwise, for the remaining transcripts. Court reporters do not provide completion dates for the transcripts; they do them as they are able, given the other demands on their time with current trials and pending appeals in other cases.

In further response to your letter of September 23rd, I am enclosing a copy of the Order denying the Motion for New Trial, which was dated February 10, 2012; I have previously sent you a copy of the Motion for New Trial.

Pursuant to your additional request, I am enclosing a copy of the trial court's docket sheet for your case.

Thank you for your prompt consideration of these matters.

Sincerely,

GULLEY OLDHAM, PLLC

GERALD L. GULLEY, JR.

GLGjr/joh
Enclosures

October 9, 2012

**To:** Gerald L. Gulley, Jr., "Esq."

**CC:** Clerk of Court - United States Court of Appeals
Pat Shannan - Editor, American Free Press
Sharon Rondeau - Editor, The Post and Email

**Re:** UNITED STATES v. DARREN WESLEY HUFF
Sixth Circuit Court of Appeals Docket No.: 12-5581

Mr. Gulley,

I am in receipt of the few sporatic transcripts and docket sheet that you have sent thus far, as well as your letter which addressed none of my stated concerns. I am thus left to wonder whether you are under the influence of drugs or alcohol, or that you possibly received your degree from a remedial online school, or that you simply take me for a fool.

You, sir, have made a mockery of the system that purports to provide me with effective assistance of counsel. You have done nothing more than to waste your precious stationary in responding to me. You have, to date, addressed none of my concerns, and have lied to me regarding the availability of the transcripts. I told you that the transcript of my initial appearance was available online, and the entire world has seen it: yet you can't seem to find them.

In the Court's letter to you, dated July 16, 2012, administrative deputy Ken Loomis advised you that a Docket sheet was included: which means that it took you nearly three months to get it to me. What else are you sitting on, Mr. Gulley?

I sent you a request through the BOP's Corrlinks system: you ignored it. I told you about the Government's witnesses who are now being investigated for fabricating evidence, jury tampering, and drug abuse: yet you remain silent. I also advised you of the training package that was produced and distributed months before my trial wherein I was named as a "Sovereign Citizen", and that judge Varlan, the Government, and others knew about it, and withheld it from the jury, thereby causing prejudice and demonstrating extreme bias in my case and trial: yet you refuse to acknowledge it.

I also explained to you, since your remedial educators failed to, that the 2nd Amendment, in conjuction with my possession of a Conceal Carry Permit, places me entirely outside the scope of the federal government's assumed jurisdiction: yet you remain silent. I also told you that the federal government seized (stole) guns that were, and were not, related to this case, and continue to possess them, or have by now destroyed them, and I ordered you to locate them and retrieve them, or have payment remitted: yet you remain motionless.

I also included a list of 4 simple questions to include asking you if you had reviewed the Motion for New Trial, and your response regarding the blatant violation of due process: yet you continue to reject any response.

Shall I request, from the court, a drug/alcohol test for you, Mr. Gulley? Or possibly a psychiatric evaluation? Or maybe it would be more proper to file a RICO, with your name attached. I am finished with your lack of character, Mr. Gulley, and my patience has run out: do your job, or get out of the way.

(1)

I am now in need of your BAR number, as well as the Oath of Office for judges Varlan, Guyton, and Shirley, as well as that of Jeffrey Theodore and William Mackie, along with their BAR numbers. Please forward them to me within the next 20 days.

In Disgust,

Darren W. Huff

"I have sworn upon the altar of God eternal hostility against every form of tyranny over the mind of man." - Thomas Jefferson



2013  -PM

OF COURT
STATES COURT OF APPEALS
FIFTH STREET
540
NATI, OH. 45202-3988

Darren W. Huff
32789-074
Federal Correctional Institution
P.O. Box 7000
Texarkana, Tx. 75505-7000

PM                                    JAN   10

Clerk
Unite[d]
100 E
Room
Cinci