**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | No.  12-5581 |
| | ) | |
| DARREN WESLEY HUFF, | ) | |
| | ) | |
| Appellant. | ) | |

**MOTION TO ALLOW FILING OF BRIEF *INSTANTER*
OR, IN THE ALTERNATIVE, TO ALLOW LATE FILING OF BRIEF**

**COMES** the Appellant, DARREN WESLEY HUFF, by and through appointed counsel, and respectfully moves for permission to allow filing of the Appellant's Brief *Instanter*.  For grounds, your Movant would show that immediately before the Brief of the Appellant was due, counsel for the Appellant had to travel out of office in regard to a proposed plea agreement for a client in a federal criminal case who was in custody at a remote county jail, approximately 2 hours distant by automobile; it was necessary to take this trip to visit this federal criminal defendant because, due to policy changes in the Eastern District of Tennessee, the said client was going to be shipped to an out-of-state prison facility the following day, and counsel needed to meet with the said client in person to review and execute a plea agreement.  Because of this time spent out of the office, counsel for the Appellant was unable to complete the Brief of the Appellant by May 6, 2013.

Additionally, counsel experienced difficulty at his office in converting the Brief of the Appellant into a software type and format that would be accepted for filing the Brief of

Appellant; there were numerous pagination and other conversion errors that had to be corrected.

Counsel for the Appellant avers that there will be no prejudice to the Appellee, United States, in allowing filing of the Brief of the Appellant *instanter* in this cause, or, in the alternative, to allow late filing of the said Brief.  Counsel for the Appellant further avers that he will not be able to provide effective assistance of counsel to the Appellant without permission to file the Brief of Appellant *instanter* in this cause.

**WHEREFORE**, your Appellant requests that he be allowed to file his Brief *instanter* in this cause, or otherwise allow late filing of same.

Respectfully submitted this 7th day of May, 2013.

**GULLEY OLDHAM, PLLC**

____/s/ Gerald L. Gulley, Jr._____
GERALD L. GULLEY, JR., Esq.
(Tenn. BOPR #013814)
Attorney for Appellant, Darren Wesley Huff

P.O. Box 158
Knoxville, Tennessee 37901
(865) 934-0753

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this the foregoing document was sent to all counsel of record in this cause by sending a copy of same via electronic case filing, to the following:

A. WILLIAM MACKIE, Esq.
JEFFREY E. THEODORE, Esq.
**OFFICE OF THE U.S. ATTORNEY**
800 Market Street, Suite 211
Knoxville, Tennessee 37902

This the 7th day of May, 2013.

By:   _____/s/ Gerald L. Gulley_____
      Attorney