# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | No. 12-5581 |
| | ) | |
| DARREN WESLEY HUFF, | ) | |
| | ) | |
| Appellant. | ) | |

## CORRECTED MOTION FOR ENLARGEMENT OF TIME
## FOR FILING REPLY BRIEF

**COMES** the Appellant, DARREN WESLEY HUFF, by and through counsel, and respectfully moves for an enlargement of time in which to file his Reply Brief. For grounds, your Appellant would show the following:

(1) The Reply Brief of the Appellant, Darren Wesley Huff, in the present appeal is due to be filed August 5, 2013.

(2) Counsel for the Appellant has, within the past week, had to spend an excessive amount of time in regard to a criminal case set for trial in mid-August in the Eastern District of Tennessee, related to unexpectedly and improperly filed notices of expert witnesses, Motions for quashal of same, and other pre-trial preparations. This work has taken up time that counsel had planned to use in working on a Reply Brief for the Appellant in this cause, and has precluded completion of the said Reply Brief.

(3)   Given the work described above, as well as counsel's normal complement of civil and criminal cases, counsel has not been able to complete his work on the Reply Brief. However, counsel reasonably believes that the said Reply Brief can be finished within the next week.

(4)   Consequently, counsel for the Appellant requests an enlargement of time of seven (7) days for filing the Reply Brief of the Appellant.

(5)   Counsel for the Appellant avers that he will not be able to provide effective assistance of counsel to the Appellant without this requested enlargement of time to file the Appellant's Brief.

(6)   Counsel for the Appellant avers, and therefore alleges, that no prejudice will inure to the United States by the requested enlargement of time.

WHEREFORE, your Appellant requests that the time for filing the Reply Brief of the Appellant be enlarged by seven (7) days to August 12, 2013.

Respectfully submitted this 5th day of August, 2013.

                                            **GULLEY OLDHAM, PLLC**

                                            ____/s/ Gerald L. Gulley, Jr._____
                                            GERALD L. GULLEY, JR., Esq.
                                            (Tenn. BOPR #013814)
                                            Attorney for Appellant, Darren Wesley Huff

P.O. Box 158
Knoxville, Tennessee 37901
(865) 934-0753

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of this the foregoing document was sent to all counsel of record in this cause by sending a copy of same via electronic case filing, to the following:

      A. WILLIAM MACKIE, Esq.
      JEFFREY E. THEODORE, Esq.
      **OFFICE OF THE U.S. ATTORNEY**
        800 Market Street, Suite 211
      Knoxville, Tennessee 37902

This the 5th day of August, 2013.

      By:    \_\_\_\_\_/s/ Gerald L. Gulley_____
            Attorney