# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

March 21, 2016

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

**FILED**
Mar 25, 2016
DEBORAH S. HUNT, Clerk

Re: Darren Wesley Huff
v. United States
No. 15-8189
(Your No. 12-5581)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk